IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tony Martinez,<br><br>          Plaintiff,<br><br>     v.<br><br>Columbia Sportswear USA Corp.<br>dba Columbia Sportswear Company<br>#446; Banana Republic, LLC dba<br>Banana Republic Factory Store<br>#1720; Eddie Bauer, a Delaware<br>LLC dba Eddie Bauer Outlet<br>#R-867; New Balance Athletic<br>Shoe, Inc. dba New Balance<br>#0015; The Gap, Inc. dba Gap<br>Outlet #7791; Guess ?, Inc. dba<br>Guess Factory Store #3224;<br>Adidas America, Inc. dba Adidas<br>#6128; VF Outdoor, Inc. dba Vans<br>#054; Reebok International Ltd<br>dba Reebok/Rockport #20; Polo<br>California, LLC dba Polo Factory<br>Store #141; Nautica Retail USA,<br>Inc. dba Nautica of Vacaville<br>#00132; Ecko Direct, LLC dba<br>Ecko Unlimited Outlet #0141,<br><br>          Defendants.[1]<br>_____ | 2:10-cv-01333-GEB-KJN<br><br>ORDER CONTINUING STATUS<br>(PRETRIAL SCHEDULING)<br>CONFERENCE; FED. R. CIV. P.<br>4(m) NOTICE |

        The parties' Joint Status Report filed October 4, 2010 reveals this case is not ready to be scheduled. Although Plaintiff states in the JSR, "[a]ll defendants have been served[,]" Defendants The Gap, Inc. dba Gap Outlet #7791 and Banana Republic, LLC dba Banana Republic Factory Store #1720 have not yet appeared in this action, and Plaintiff has not apprized the Court of how he intends to prosecute the action

1

against them.  Therefore, the Status (Pretrial Scheduling) Conference set for October 18, 2010 is continued to February 14, 2011 at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior. Plaintiff shall explain the status of the default issue in the joint status report, and if said defendants have not yet appeared, whether reason exists not to dismiss this action as to them for lack of prosecution.

   IT IS SO ORDERED.

Dated:  October 12, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge