Lynn Hubbard III, SBN 69773
Scottlynn J Hubbard IV, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, California 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Tony Martinez

United States District Court

Eastern District of California

| | |
|---|---|
| Tony Martinez,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>Columbia Sportswear USA, Corp., *et al.*,<br><br>　　　Defendants. | Case No. 2:10-cv-1333-GEB-KJN<br><br>**Second Supplement to Application for Rule 56(f) continuance**<br><br>[Fed. R. Civ. P. 56(f)]<br><br><br>Date:　　May 2, 2011<br>Time:　　9:00 a.m.<br>Room:　　10 |

*Martinez v. Columbia Sportswear USA, Corp., et al.*, Case No. 2:10-cv-1333 GEB-KJN
Application for Rule 56(f) continuance

- 1 -

1    As the Court is aware, plaintiff has asked for a continuance of defendant New Balance Athletic Shoe, Inc.'s, ("New Balance") summary judgment motion.  This request was made pursuant to Rule 56(f) and Ninth Circuit authority, both of which grant a non-moving party the right to stay an MSJ in order to obtain discovery that is essential to oppose that motion.

Faithful to our 56(f) application, plaintiff served New Balance with notice of a Rule 34 site inspection on March 18, 2011 in order to collect crucial evidence for plaintiff's opposition.  Thereafter, the parties met and conferred to select a mutually available date and time for that inspection.  As a result of that conference, the parties have agreed to conduct the inspection on April 28, 2011, at 8:00 a.m.  Attached as exhibit A is a true and correct copy of a letter from defendant New Balance agreeing to an inspection of its facility at the aforementioned date and time.

Dated: April 8, 2011           DISABLED ADVOCACY GROUP, APLC


                               /s/     Lynn Hubbard III             /
                               Lynn Hubbard III, esq.
                               Attorney for Plaintiff

*Martinez v. Columbia Sportswear USA, Corp., et al.*, Case No. 2:10-cv-1333 GEB-KJN
Application for Rule 56(f) continuance

- 2 -