Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, Ca. 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff, Tony Martinez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tony Martinez,<br><br>          Plaintiff,<br><br>v.<br><br>CPG Finance II, LLC,<br><br>          Defendants | Case No. 2:10-cv-01333-GEB-KJN<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE in SUPPORT OF RULE 56(f) CONTINUANCE REQUEST**<br><br>Date:   May 2, 2011<br>Time:  9:00 a.m.<br>Room: Courtroom 10, 13th Floor<br><br>**Honorable Garland E. Burrell, Jr.** |

*Martinez v. CPG Finance II, LLC, et al.,*                              Case No. 2:10-cv-01333-GEB-KJN
Plaintiff's Request for Judicial Notice
Page 1

1    **PLAINTIFF HEREBY RESPECTFULLY REQUESTS** that this
2    Court take Judicial Notice of the following order entered by the Honorable
3    Frank C. Damrell, Jr. today (April 18, 2011).  Judge Damrell's order
4    addresses the same facts as the instant matter while granting the identical
5    request at issue here.  Attached hereto as Exhibit A is a true and correct copy
6    of that order. (*see  Feezor v. Patterson,* Case No. 2:10-cv-01165-FCD-
7    GGH).
8
9    Dated:  April 18, 2011            DISABLED ADVOCACY GROUP, APLC
10
11                                      /s/ Lynn Hubbard, III, Esquire
12                                     Lynn Hubbard, III
                                       Attorney for Plaintiff
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Martinez v. CPG Finance II, LLC, et al.,*                    Case No. 2:10-cv-01333-GEB-KJN
Plaintiff's Request for Judicial Notice
Page 2