# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**TONY MARTINEZ,**

CASE NO: **2:10–CV–01333–GEB –KJN**

v.

**COLUMBIA SPORTSWEAR USA CORP., ET AL.,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 06/16/11**

**Victoria C. Minor**
Clerk of Court

ENTERED: **June 16, 2011**

by: /s/ A. Benson
Deputy Clerk