IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY MARTINEZ,

    Plaintiff,

v.

COLUMBIA SPORTSWEAR USA CORP. dba COLUMBIA SPORTSWEAR COMPANY #446 et al.,

    Defendants.

_____/

No. 2:10-cv-01333 GEB KJN

ORDER

On June 9, 2011, the undersigned conducted a hearing on plaintiff's motion to compel a site inspection pursuant to Federal Rule of Civil Procedure 34, filed with respect to defendant New Balance Athletic Shoe, Inc. d/b/a New Balance #0015 ("New Balance"). (See Minutes, June 9, 2011, Dkt. No. 95.) For the reasons stated on the record at the hearing, the undersigned entered an order holding plaintiff's motion to compel in abeyance in light of New Balance's motion to dismiss/motion for summary judgment and plaintiff's motion for relief pursuant to Federal Rule of Civil Procedure 56(d) then-pending before United States District Judge Garland E. Burrell, Jr. On June 16, 2011, Judge Burrell granted New Balance's motion for summary judgment and entered judgment in favor of New Balance. (Order, June 16, 2011, Dkt. No. 98; Judgment, June 16, 2011, Dkt. No. 99.)

1

1  In light of the order and judgment entered on June 16, 2011, IT IS HEREBY
2  ORDERED that plaintiff's motion to compel a site inspection pursuant to Federal Rule of Civil
3  Procedure 34 (Dkt. No. 90) is denied.
4  IT IS SO ORDERED.
5  DATED: June 17, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE