IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tony Martinez,           )<br>                          )<br>          Plaintiff,    )<br>                          )<br>     v.                   )<br>                          )<br>Columbia Sportswear USA Corp. )<br>dba Columbia Sportswear Company )<br>#446; Eddie Bauer, a Delaware )<br>LLC dba Eddie Bauer Outlet )<br>#R-867; New Balance Athletic )<br>Shoe, Inc. dba New Balance )<br>#0015,                    )<br>                          )<br>          Defendants.   )<br>_____   ) | 2:10-cv-01333-GEB-KJN<br><br>ORDER DENYING MOTION FOR<br>ATTORNEYS' FEES<sup>*</sup> |

Defendant New Balance Athletic Shoe, Inc. ("New Balance") seeks $196,040.50, plus interest, in attorneys' fees under 42 U.S.C. § 12205 and California Civil Code Section 55. New Balance prevailed on its summary judgment motion in this action, following which judgment was entered in its favor. Plaintiff opposes the motion.

Plaintiff alleges claims against New Balance under the Americans with Disabilities Act and various California statutes. The issue whether New Balance could recover fees as the prevailing party is not reached since New Balance has not shown that its billing rates are reasonable.

---

[*]   This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

1

"Courts in this Circuit require prevailing parties to justify the reasonableness of the requested rate or rates and demonstrate that the requested rates are in line with those prevailing in the community. If the prevailing party fails to meet this standard, the fee request is reduced or excluded altogether." Schultz v. Ichimoto, No. 1:08-CV-526-OWW-SMS, 2010 WL 3504781, at *8 (E.D. Cal. Sept. 7, 2010). Since New Balance has not shown that its attorneys' billing rates are reasonable and "in line with those prevailing in the community" New Balance's motion for attorneys' fees is DENIED. Blum v. Stenson, 465 U.S. 886, 895 n.11 (1984).

Dated: October 4, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge