IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Tony Martinez,  )
                                 )    2:10-cv-1333-GEB-KJN
        Plaintiff,  )
                                 )
    v.  )    <u>ORDER DENYING PLAINTIFF'S</u>
                                 )    <u>MOTIONS</u>[*]
Columbia Sportswear USA Corp.,  )
dba Columbia Sportswear Company  )
#446; Eddie Bauer, a Delaware   )
LLC, dba Eddie Bauer Outlet #R- )
867,  )
                                 )
        Defendants.  )
_____ )

       Pending are two separate motions filed by Plaintiff. (ECF Nos. 118 and 119). Plaintiff seeks to have stricken under Federal Rule of Civil Procedure 12(f) several affirmative defenses in each Defendant's answer. This motion is denied because it is untimely under Rule 12(f)(2).

       Plaintiff moves in the alternative for partial summary judgment on the same affirmative defenses he sought to have stricken. This motion is denied since Plaintiff failed to submit a Statement of Undisputed Facts as required for summary judgment motions by Local Rule 260(a).

Dated: February 16, 2012

                                                  GARLAND E. BURRELL, JR.
                                                  United States District Judge

---

[*] This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

1