IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Tony Martinez,
                    Plaintiff,
        v.
Columbia Sportswear USA Corp., dba Columbia Sportswear Company #446; Eddie Bauer, a Delaware LLC, dba Eddie Bauer Outlet #R-867; New Balance Athletic Shoe, Inc. dba New Balance #0015,
                    Defendants.

2:10-cv-1333-GEB-KJN

ORDER DENYING MOTIONS FOR ATTORNEY FEES[*]

Defendants Eddie Bauer and Columbia each move for attorney fees under the Americans with Disabilities Act, 42 U.S.C. § 12205, which prescribes that "the court . . . , in its discretion, may allow the prevailing party . . . a reasonable attorney[] fee[.]" However, Defendants have not shown that Plaintiff's ADA claims were "frivolous, unreasonable, or without foundation." Summers v. A. Teichert & Sons, Inc., 127 F.3d 1150, 1154 (9th Cir. 1997) (citation and quotation marks omitted). Therefore, each Defendant's motion for attorney fees is DENIED.

Dated: July 13, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[*] This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).