IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

---

Tony Martinez,  )
                Plaintiff,  )   2:10-cv-1333-GEB-KJN
                v.  )   ORDER DENYING REQUESTS TO TAX COSTS
Columbia Sportswear USA Corp., dba Columbia Sportswear Company #446; Eddie Bauer, a Delaware LLC, dba Eddie Bauer Outlet #R-867; New Balance Athletic Shoe, Inc. dba New Balance #0015,  )
                Defendants.  )

---

      Defendants Eddie Bauer and Columbia have requested that the Clerk tax costs against Plaintiff. (ECF Nos. 157, 158.) This request is denied since it was previously held that Defendants failed to show that Plaintiff's ADA claims were "frivolous, unreasonable, or without foundation." See Order Denying Motions for Attorney Fees (ECF No. 171) (quoting Summers v. A. Teichert & Sons, Inc., 127 F.3d 1150, 1154 (9th Cir. 1997)); see also Brown v. Lucky Stores, 246 F.3d 1182, 1190 (9th Cir. 2001) (finding that the test for awarding attorney fees to a defendant in an ADA action also applies to an award of costs).

Dated:  July 19, 2012

                                        GARLAND E. BURRELL, JR.
                                        Senior United States District Judge